IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ANECITO BETANCOURT IV, | ) | Case No. CV-07-85-S-BLW |
| | ) | (Lead case) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DALE WOODCOOK, Ada County Sheriff's Officer, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) ) | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-97-S-BLW |
| | ) | |
| vs. | ) | |
| | ) | |
| ADA COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-102-S-BLW |
| | ) | |
| vs. | ) | |
| | ) | |
| ADA COUNTY SHERIFF'S DEPARTMENT AND OFFICE, | ) ) | |

**JUDGMENT -1**

```
                                        )
             Defendants.                )
                                        )
_____)
```

On June 5, 2007, the Court entered an Order dismissing this consolidated action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's three cases are DISMISSED without prejudice.

DATED: **June 5, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -2**